# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 9, 2022

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 22-2704 | WILLIAM FEEHAN, <br>            Plaintiff - Appellee <br><br> v. <br><br> TONY EVERS, in his official capacity as Wisconsin's Governor, <br>            Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01771-PP <br> Eastern District of Wisconsin <br> District Judge Pamela Pepper ||

The following are before the court:

1**. MOTION TO DISMISS**, which this court construes as a motion for summary affirmance, filed on October 7, 2022, by counsel for the appellee.

2. **RESPONSE IN OPPOSITION**, filed on October 24, 2022, by counsel for the appellant.

3. **REPLY,** filed on October 31, 2022, by counsel for the appellee.

**IT IS ORDERED** that the motion to dismiss, construed as a motion for summary affirmance, is **DENIED.** Briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by December 9, 2022.

2. The brief of the appellee is due by January 9, 2023.

3. The reply brief of the appellant, if any, is due by January 30, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J**     (form ID: **177**)