# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 11, 2023

*By the Court:*

| | |
|---|---|
| No. 22-2704 | WILLIAM FEEHAN,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>TONY EVERS, in his official capacity as Wisconsin's Governor,<br>　　　　Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-01771-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper | |

Upon consideration of the **COUNSEL FOR APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR BRIEF**, filed on January 10, 2023, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by January 27, 2023.

2. The reply brief of the appellant, if any, is due by February 17, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)