# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 25, 2023

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

No. 22-2704

| | |
|---|---|
| WILLIAM FEEHAN,<br>　　*Plaintiff-Appellee*,<br><br>　　*v.*<br><br>TONY EVERS, in his official capacity<br>as Wisconsin's Governor,<br>　　*Defendant-Appellant*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 2:20-cv-01771-PP<br><br>Pamela Pepper,<br>*Chief Judge*. |

**O R D E R**

On consideration of defendant Tony Evers' petition for rehearing en banc, filed September 6, 2023, no judge in active service has requested a vote on the petition for rehearing en banc, and all judges on the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing en banc filed by defendant Tony Evers is **DENIED**.