# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

December 28, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

      Re:  Tony Evers, in His Official Capacity as Governor of Wisconsin
           v. Michael Dean, et al.
           No. 23-697
           (Your No. 22-2704)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 22, 2023 and placed on the docket December 28, 2023 as No. 23-697.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst